# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1668
_____

N.F., Mother of L.P., A Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

October 29, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Crystal McBee Frusciante, Sunrise, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Thomasina Moore, Statewide Director of Appeals, and Samantha C. Valley, Senior Attorney, Tallahassee, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee.